UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        Mag.No. 04 - 825 - MBB
                                    )
MEGAN WOLFE                         )

### AFFIDAVIT IN SUPPORT OF RULE 5 PROCEEDING

I, Donald F. Freeman, Deputy U.S. Marshal, do hereby make oath before the Honorable

Marianne B. Bowler, Chief United States Magistrate Judge for the District of Massachusetts, that

upon knowledge coming to me in connection with my official duties and as part of the official

records of my office, I am advised that there is presently outstanding an arrest warrant for Megan

Wolfe filed in the District of Vermont, case number 2:00-CR-106-1, charging the defendant with

violation conditions of supervised release, and I do hereby make oath that this warrant of arrest is

outstanding in said District on the basis of the information set out above. Attached hereto as Exhibit

A is a copy of the arrest warrant issued by the District Court in the District of Vermont and a copy

of the Supervised Release Violation Petition.

Donald F. Freeman
Deputy U.S. Marshal

Subscribed and sworn to before me this 16th day of April, 2004 @ 3:20PM

Hon. Marianne B. Bowler
Chief, United States Magistrate Judge