

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2300
BOSTON, MASSACHUSETTS 02210
TELEPHONE: 617-748-9222

**TONY ANASTAS**
**CLERK OF COURT**

**DIANALYNN SACCOCCIO**
**DEPUTY CLERK TO THE**
**HONORABLE MARIANNE B. BOWLER**

April 26, 2004



United States District Court

11 Elmwood Avenue
Room 506
Burlington, VT 05401

Re:   *United States v. Megan Wolfe*

Case No. CR 2:00 CR 106-1 (District of Vermont)

Magistrate Judge #04-M-825-MBB (D. Massachusetts)

Dear Clerk:

    The defendant, Megan Wolfe, appeared before this Court on April 16, 2004 and The Order of Removal has issued directing the Marshal to deliver Ms. Wolfe to your Court.

    Enclosed is a certified copy of our docket and all original papers in the case from the District of Massachusetts. Kindly docket these papers in your District and forward them to the appropriate personnel.

    We have closed our file; thank you for your attention in this matter.

Very truly yours,

Dianalynn Saccoccio

Enclosures

Certified Mail/ Return Receipt Requested **Z 319 302 196**